# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DAMON WHEELER,

        Petitioner

        v.

GEORGE LITTLE, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS,

        Respondent

:  No. 20 WM 2022
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of July, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DISMISSED.